UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS CLIFFORD INGRAM, | ) | NO. CV 11-3987 DOC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| THE SUPERIOR COURT OF LOS ANGELES COUNTY, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 25, 2011

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE